RIKER, DANZIG, SCHERER, HYLAND & PERRETTI LLP
Mark E. Hall, Esq. (MH-9621)
Kevin J. Larner, Esq. (KL-8627)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey  07962-1981
(973) 538-0800

Special Counsel to the Official Committee of
Unsecured Creditors of Pascack Valley Hospital Association, Inc.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>PASCACK VALLEY HOSPITAL ASSOCIATION, INC.,<br><br>Debtor. | Hon. Rosemary Gambardella, U.S.B.J.<br><br>Case Nos.  07-23686 (RG)<br><br>Chapter 11 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PASCACK VALLEY HOSPITAL ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BAXTER BIOSCIENCE,<br><br>Defendant. | Adv. Pro. No. 09-2408 (RG)<br><br>**CERTIFICATION OF SERVICE** |

SILVA DECHOYAN, of full age, hereby certifies and states as follows:

1. I am a legal assistant at the law firm of Riker, Danzig, Scherer, Hyland & Perretti LLP, special counsel to the plaintiff, the Official Committee of Unsecured Creditors of Pascack Valley Hospital Association, Inc.

2. I certify that on September 28, 2009, I caused a copy of the Complaint and the Summons, to be served upon the defendant Baxter Bioscience, One Baxter Parkway, Deerfield, IL 60015-4625, via Regular and Certified Mail.

I certify, under penalty of perjury, that the foregoing statements made by me are true and correct.


DATED: October 1, 2009					By:	/s/ Silva Dechoyan
								Silva Dechoyan